FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0276

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0276

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TYLER PRESTON HENIFIN,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 13, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 16 2024